# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

_____

TAMMY L. HIERHOLZER aka/ Tammy L. Holton,
                        Plaintiff,

                                        Civil Action: 5:10-CV-982 (FJS/ATB)

        vs.

THE LAW OFFICE OF JOHN P. FRYE, PC;
JOHN P. FRYE
                        Defendants.

_____


APPEARANCES:                    OF COUNSEL:

FOR PLAINTIFF:


Kaufman, Borgeest Law Firm      Sergio Alves, Esq.
200 Summit Lake Drive
Valhalla, New York 10595


FOR DEFENDANTS:

Office of Clifford Forstadt     Clifford Forstadt, Esq.
5788 Widewaters Parkway
Dewitt, New York 13214


FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE


## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

        The parties have entered into a settlement agreement which has been approved

by the bankruptcy court which in effect settles all claims in this action, and that this

action will, therefore, be discontinued by stipulation pursuant to Rule 41(a)(1)(ii) of the

Federal Rules of Civil Procedure, it is no longer necessary for this action to remain on

the court's active docket.

        It is therefore hereby

**ORDERED that**

1)      This action is dismissed, with prejudice, except as set forth below.

2)      The court will retain complete jurisdiction to vacate this order and to reopen the action within two months from the date of this order upon good cause shown that the settlement has not been completed and further litigation is necessary.

3)      The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

4)      That the filing of this judgment does not preclude the parties from filing a stipulation of discontinuance.


Dated:    November 28, 2011
          Syracuse, New York                    _____
                                                Frederick J. Scullin, Jr.
                                                Senior United States District Court Judge